WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT C. GREEN,** | Case No. 3:11-cv-690-RE |
|   Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
|   Defendant. | |

Based on Plaintiff's application filed 11/13/12, and whereas the parties have reached a settlement subsequent to the filing of that application, attorney's fees in the amount of $5,368.03 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset under the Treasury Offset Program exists, payment shall be made in Tim Wilborn's name.

DATED this 29 day of NOVEMBER, 2012.

_____
United States District Judge

Submitted on November 19, 2012 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1